UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NICHOLAS FARR,

Plaintiff,

v.

SCHNEIDER NATIONAL CARRIERS,
INC., GENERAL INSURANCE COMPANY
OF AMERICA AND AARON BOONE,

Defendants.

CIVIL ACTION FILE
NUMBER: 1:19-cv-00319-SDG

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between counsel for the parties to the above-stated civil action that the same may be dismissed, pursuant to Rule 41(a), Federal Rules of Civil Procedure, with prejudice, each party to bear its own costs.

/s/ *Robert M. Hammers, Jr.*
ROBERT M. HAMMERS, JR.
Georgia Bar No. 337211
Attorney for Plaintiff
SCHNEIDER HAMMERS, LLC
5555 Glenridge Connector
Suite 975
Atlanta, GA  30342
(770) 394-0047
(404) 600-2626 Facsimile
rob@schneiderhammers.com

/s/ *John D. Dixon*
JOHN D. DIXON
Georgia Bar No. 223376
For the Firm
Attorneys for Defendants Schneider
National Carriers, Inc. and Aaron
Boone
DENNIS, CORRY, SMITH & DIXON, LLP
900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 926-3657
(404) 365-0134 Facsimile
jdixon@dcplaw.com


/s/ *David A. Harris*
DAVID A. HARRIS
Georgia Bar No. 668708
Attorney for Defendant General
Insurance Company of America
BOVIS, KYLE, BURCH & MEDLIN
200 Ashford Center North
Suite 500
Atlanta, Georgia  30338-2668
(770) 391-9100
dah@boviskyle.com

## CERTIFICATE OF SERVICE

I electronically filed this **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

        Robert M. Hammers, Jr., Esq.
        Ashley Mitchell, Esq.
        Schneider Hammers, LLC
        5555 Glenridge Connector
        Suite 975
        Atlanta, GA  30342

        David A. Harris, Esq.
        Bovis, Kyle, Burch & Medlin
        200 Ashford Center North, Suite 500
        Atlanta, Georgia  30338-2668


I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

This 15th day of November, 2019.


                    /s/ John D. Dixon
                    JOHN D. DIXON
                    For the Firm


THIS IS TO CERTIFY that, pursuant to LR 5.1B, NDGa., the above document was prepared in Courier New, 12 pt.

612-13619(JDD)

−3−